[Docket No. 36]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| SANIYAH MCCARGO,<br><br>Plaintiff,<br><br>v.<br><br>MITRA QSR KNE, LLC,<br><br>Defendant. | No. 24-CV-9478<br>(RMB) (SAK)<br><br>**OPINION & ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**

**THIS MATTER** is before the Court on Defendant Mitra QSR KNE, LLC's motions for summary judgment, [Docket No. 36], and to set aside Magistrate Judge King's Order denying Mitra's motion for leave to amend their answer to add defenses, [Docket Nos. 35 (motion for leave), 41 (Judge King's opinion), 42 (motion to set aside)]. Plaintiff Saniyah McCargo opposes both the motion for summary judgment, [Docket No. 39], and to set aside Judge King's order, [Docket No. 46].

Mitra's motion for summary judgment depends primarily on defenses it did not plead in its answer. Judge King's order thus has the practical effect of denying Mitra's motion for summary judgment. The Court scheduled a hearing in this matter on December 9, 2026, to hear argument and evidence regarding whether it should set aside Judge King's order denying leave for Mitra to amend its answer. The Court

holds it would be premature to adjudicate the merits of Mitra's motion for summary judgment before it is heard on its motion to set aside.

**THEREFORE,** this **25th** day of **November** **2026**, **IT IS** hereby:

1. **ORDERED** that Mitra's motion for summary judgement, [Docket No. 36] is **DENIED** **without prejudice**. The Court may reinstate or grant Mitra leave to re-file its motion for summary judgement after it rules on Mitra's motion to set aside Judge King's order.

**/s/Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge